Form ntchrgRq

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−25492
Chapter: 7
Judge: Jack B. Schmetterer

In Re:
　Kiera Rachonda Floyd
　1100 S Oak Park
　Oak Pak, IL 60304

Social Security No.:
　xxx−xx−1685

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON DISMISSAL OF CASE**

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 682, Chicago, IL 60604

on October 22, 2018 at 10:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: September 27, 2018　　　　　　　　　　　Jeffrey P. Allsteadt , Clerk
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Kiera Rachonda Floyd
1100 S Oak Park
Oak Pak, IL 60304
SSN: xxx−xx−1685 EIN: N.A.

Case No. : 18−25492
Chapter : 7
Judge : Jack B. Schmetterer

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Certificate of Credit Counseling.**
· **Statement of Financial Affairs (Form 107/207).**
· **Schedule A−B (Form 106A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D).**
· **Schedule E/F (Form 106E/F).**
· **Schedule G (Form 106G).**
· **Schedule H (Form 106H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: September 27, 2018

<u>Jeffrey P. Allsteadt, Clerk</u>
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 18-25492-JBS
Kiera Rachonda Floyd                                                      Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dsirmons          Page 1 of 1          Date Rcvd: Sep 27, 2018
                              Form ID: ntchrgRq       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db           +E-mail/PDF: kierafloyd93@gmail.com Sep 28 2018 01:41:08      Kiera Rachonda Floyd,
               1100 S Oak Park,   Oak Pak, IL 60304-2004
27064145     +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Sep 28 2018 01:49:06     Exeter Finance,
               Po Box 166008,   Irving, TX 75016-6008
27079639     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 28 2018 01:49:36     Exeter Finance LLC,
               AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 3

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
        Allan J DeMars    demarstrustee@aol.com, alland1023@aol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 2